**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7172**

———————

DWAYNE ANDERSON,

Plaintiff - Appellant,

versus

CITY OF FAIRMONT POLICE DEPARTMENT; DOUGLAS
YOST, is sued in his individual and official
capacity,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.  Irene M. Keeley, Chief
District Judge.  (CA-01-130-1)

———————

Submitted:  December 19, 2002          Decided:  December 31, 2002

———————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Dwayne Anderson, Appellant Pro Se. Boyd Lee Warner, Susan Wilmerink
Gifford, WATERS, WARNER & HARRIS, Clarksburg, West Virginia, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dwayne Anderson appeals the district court's amended order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Anderson v. City of Fairmont Police Dep't</u>, No. CA-01-130-1 (N.D.W. Va. July 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>